# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4996

Writer's e-mail
tmaguire@seyfarth.com

May 31, 2005

**VIA HAND-DELIVERY**

Hon. Nancy Gertner
ATTN: Jennifer Filo, Docket Clerk
Suite 4130
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: *Campus Stores of Mass., Inc. v. Follett Higher Education Group, Inc.*
         C.A. No. 05-11116 NG

Dear Ms. Filo:

    As indicated in my telephone message of this morning, we represent Follett Higher Education Group, Inc. in connection with the above-referenced matter, which was removed to Federal court and assigned to Judge Gertner on Friday. I understand that the plaintiff may be seeking an emergency temporary restraining order/preliminary injunction, and am writing to confirm that my client opposes any such motion and would ask for an opportunity to be heard before any such motion is acted upon.

    I can be reached at (617) 946-4996. If I am not available, you can also speak with Atty. Mark Berthiaume of this office at (617) 946-4990.

    Thank you.

               Very truly yours,

               SEYFARTH SHAW LLP

               Timothy E. Maguire

cc:    Bradley L. Croft, Esq. (via facsimile)

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

BO1 15718047.1