IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMPUS STORES OF MASS., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOLLETT HIGHER EDUCATION )<br>GROUP, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 05-11116 NG |

**CERTIFICATE OF FILING NOTICE OF
REMOVAL WITH CLERK OF SUFFOLK SUPERIOR COURT**

I, Susan W. Gelwick, counsel for Follett Higher Education Group, Inc. (hereinafter, "Follett"), defendant in the above-captioned action, hereby certify that I caused a copy of the Notice of Removal of the above-captioned action to be filed on May 27, 2005 with the Clerk of the Suffolk Superior Court, in accordance with the provisions of 28 U.S.C. §1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first class mail, a copy of the Notice of Filing of Notice of Removal and the Notice of Removal on May 27, 2005 to Christopher P. Litterio, Esq. and Bradley L. Croft, Esq., plaintiff's counsel of record.

Signed under the pains and penalties of perjury this 27th day of May, 2005.

_/s/ Susan Gelwick_
Susan W. Gelwick
SEYFARTH SHAW
World Trade Center East, Suite 300
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 946-4800

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 5/27/05.
_/s/ Susan Gelwick_
SUSAN W. GELWICK

BO1 15717859.1