

**SEYFARTH SHAW** LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4996

Writer's e-mail
tmaguire@seyfarth.com

June 8, 2005

**VIA FIRST-CLASS MAIL**

Hon. Nancy Gertner
ATTN: Jennifer Filo, Docket Clerk
Suite 4130
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:   *Campus Stores of Mass., Inc. v. Follett Higher Education Group, Inc.*
            C.A. No. 05-11116 NG

Dear Ms. Filo:

    On Monday, June 6, 2005, we electronically filed an Affidavit of Kenneth Quigley in support of Follett Higher Education Group, Inc.'s opposition to the plaintiff's request for a preliminary injunction. Please note that this affidavit was intended to replace the earlier Affidavit of Kenneth Quigley that was electronically filed on May 31, 2005. The May 31 affidavit was <u>not</u> executed by Mr. Quigley, but rather was an unexecuted draft that was inadvertently submitted in the process of the electronic filing. We apologize for any confusion that this may have caused and ask the court to disregard the earlier affidavit.

    Thank you.

                         Very truly yours,

                          SEYFARTH SHAW LLP

                          Timothy E. Maguire

cc:   Bradley L. Croft, Esq.
       Mark A. Berthiaume, Esq.
       Miriam McKendall, Esq.
       Dennis McMahon, Esq.

BO1 15719600.1

BRUSSELS · WASHINGTON D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA