**RUBERTO, ISRAEL & WEINER, P.C.**

ATTORNEYS AT LAW

100 North Washington Street
Boston, Massachusetts 02114
Telephone   617.742.4200
Facsimile   617.742.2355
www.riw.com

Christopher P. Litterio
Ext.:    228
E-mail: cpl@riw.com

July 1, 2005

**VIA ELECTRONIC FILING**

Maryellen Molloy
Assistant Clerk of Courts
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   **Campus Stores of MA, Inc. v. Follett Higher Education Group**
           **Docket No. CV 11116 NG**

Dear Ms. Molloy:

    At the hearing on Plaintiff's Motion for a Preliminary Injunction held on Friday, June 24, 2005, the Judge requested that the parties report to the court by today as to whether they could resolve the motion. Unfortunately, the parties have been unable to do so and request a ruling on the pending motion.

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        Christopher P. Litterio

CPL:pm
cc:   Mark Berthiaume, Esq. (via facsimile and first class mail)
      Eric Cressman
      David Baer, Esq.