UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAMPUS STORES OF MASSACHUSETTS, INC.,** ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **FOLLETT HIGHER EDUCATION GROUP, INC.,** ) <br>     **Defendant.** ) | C.A. No. 05-11116-NG |

**GERTNER, D.J.:**

### PRELIMINARY INJUNCTION

Pursuant to the Confidentiality and Nondisclosure Agreement between plaintiff Campus Stores of Massachusetts and defendant Follett Higher Education Group, signed on July 23, 2003, defendant Follett is hereby **ENJOINED** from (1) commencing its impending contract with Curry College, and (2) contracting with Curry College through the close of the next round of contract bidding.  This injunction shall remain in effect until otherwise ordered by the Court.

**SO ORDERED.**

Dated: August 2, 2005                          **s/ NANCY GERTNER U.S.D.J.**