IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAMPUS STORES OF MASS., INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | C.A. No. 05-11116 NG | |
| ) | | |
| FOLLETT HIGHER EDUCATION ) | | |
| GROUP, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF APPEAL

Defendant, Follett Higher Education Group, Inc., gives notice, pursuant to Fed. R. App. P. 3 and 28 U.S.C. § 1292(a)(1), of its appeal to the United States Court of Appeals for the First Circuit from the Preliminary Injunction and the Memorandum and Order Regarding Plaintiff's Motion for Preliminary Injunction, both entered in this action on August 2, 2005.

Respectfully submitted,

FOLLETT HIGHER EDUCATION GROUP, INC.

By its attorneys,

/s/ Mark Berthiaume
Mark A. Berthiaume, B.B.O. No. 041715
Timothy E. Maguire, B.B.O. No. 630773
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800

DATED: August 3, 2005

BO1 15729429.1