UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMPUS STORES OF MASS., INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>FOLLETT HIGHER EDUCATION )<br>GROUP, INC., )<br><br>Defendant. ) | C.A. No. 05-11116 NG |

## STIPULATION AND ORDER DISSOLVING PRELIMINARY INJUNCTION

NOW COME the parties to the above-captioned matter, Campus Stores of Mass., Inc.

and Follett Higher Education Group, Inc., and stipulate that the Preliminary Injunction issued by

the Court (Gertner, J.) on August 2, 2005, and amended on September 19, 2005, is hereby

dissolved, with prejudice.

CAMPUS STORES OF MASS., INC.

FOLLETT HIGHER EDUCATION
GROUP, INC.

By its attorneys,

By its attorneys,

_____
Christopher P. Litterio, B.B.O. #551098
Bradley L. Croft, B.B.O. #633347
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

_____
Mark A. Berthiaume, B.B.O. No. 041715
Timothy E. Maguire, B.B.O. No. 630773
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED:  September 26, 2005

So ordered:


_____
Gertner, J.

Date:_____, 2005