UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMPUS STORES OF MASS., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOLLETT HIGHER EDUCATION )<br>GROUP, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 05-11116 NG |

**STIPULATION AND ORDER DISSOLVING PRELIMINARY INJUNCTION**

NOW COME the parties to the above-captioned matter, Campus Stores of Mass., Inc. and Follett Higher Education Group, Inc., and stipulate that the Preliminary Injunction issued by the Court (Gertner, J.) on August 2, 2005, and amended on September 19, 2005, is hereby dissolved, with prejudice.

CAMPUS STORES OF MASS., INC.

By its attorneys,

_____
Christopher P. Litterio, B.B.O. #551098
Bradley L. Croft, B.B.O. #633347
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

DATED: September 26, 2005

FOLLETT HIGHER EDUCATION
GROUP, INC.

By its attorneys,

_____
Mark A. Berthiaume, B.B.O. No. 041715
Timothy E. Maguire, B.B.O. No. 630773
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

So ordered:

_____
Gertner, J.

Date: 9/29, 2005

BO1 15738952 1