# MANDATE

USDC/MA
05-11116
Gertner, N.

# United States Court of Appeals
## For the First Circuit

No. 05-2287

CAMPUS STORES OF MASS., INC.

Plaintiff - Appellee

v.

FOLLETT HIGHER EDUCATION GROUP, INC.

Defendant - Appellant

---

### JUDGMENT

Entered: November 9, 2005

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/9/05

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By: _____
Chief Deputy Clerk

[cc: Bradley Croft, Christopher Litterio, Esq., Mark Berthiaume, Esq., Susan Gelwick, Esq., Timothy Maquire, Esq.]