UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMPUS STORES OF MASS., INC., <br><br> Plaintiff <br><br> v. <br><br> FOLLETT HIGHER EDUCATION GROUP, INC., <br><br> Defendant | **Civil Action No. 05-11116-NG** |

## STIPULATION OF DISMISSAL
### (With Prejudice)

The parties to the above-entitled action, Campus Stores of Mass., Inc. and Follett Higher Education Group, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that the above-referenced action shall be dismissed, WITH PREJUDICE, and without costs to either party.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CAMPUS STORES OF MASS., INC. | FOLLETT HIGHER EDUCATION GROUP, INC. |
| By its attorneys, | By its attorneys, |
| */s/* Christopher P. Litterio | */s/* Mark A. Berthiaume |
| Christopher P. Litterio, B.B.O. No. 551098 <br> Bradley L. Croft, B.B.O. No. 633347 <br> RUBERTO, ISRAEL & WEINER, P.C. <br> 100 North Washington Street <br> Boston, MA 02114 <br> Tel. (617) 742-4200 | Mark A. Berthiaume, B.B.O. No. 041715 <br> Timothy E. Maguire, B.B.O. No. 630773 <br> SEYFARTH SHAW LLP <br> World Trade Center East <br> Two Seaport Lane, Suite 300 <br> Boston, MA 02210-2028 <br> Tel. (617) 946-4800 |

DATED: January 3, 2006